Tammy Hussin (Bar No. 155290)
HUSSIN LAW FIRM
6404 Merlin Dr. #100
Carlsbad, CA 92011
Tel: (877)677-5397
Fax: (877)677-1547
Email: Tammy@HussinLaw.com

Attorney for Plaintiff, JULIE BENSON

Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorneys for Defendant, TRANSWORLD SYSTEMS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BENSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>TRANSWORLD SYSTEMS, INC.; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.:  3:13-cv-04733-VC<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON**<br><br><br><br>*Dept:*        Courtroom 5<br>*Judge:*      Vincent Chhabria<br>*Trial Date:* None Set |

PLEASE TAKE NOTICE IT IS HEREBY STIPULATED, pursuant to Fed R. Civ. P. 41(a), Plaintiff, Julie Benson ("Plaintiff"), dismisses the above-mentioned matter without prejudice with each party bearing their own costs.

DATED: June 19, 2014     By: /s/Tammy Hussin
                              Tammy Hussin, Esq.
                              HUSSIN LAW FIRM
                              Attorney for Plaintiff, JULIE BENSON


DATED: June 19, 2014     By: /s/Damian P. Richard
                              Debbie P. Kirkpatrick, Esq.
                              Damian P. Richard, Esq.
                              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                              Attorneys for Defendant, TRANSWORLD SYSTEMS, INC

## ORDER

Based on the Stipulation above, this matter is dismissed without prejudice, each party bearing its own costs.

Date: June 23, 2014

Judge: Hon. Vincent Chhabria

STIPULATION OF DISMISSAL; ORDER                               Case No. 3:13-cv-04733-VC

# CERTIFICATE OF SERVICE

I, Deborah Perlstein, declare:

I am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 11440 West Bernardo Court, Suite 300, San Diego, California 92127.

On June 19, 2014 I served the following document(s) on the parties in the within action:

## STIPULATION OF DISMISSAL; ORDER THEREON

|   |   |   |
|---|---|---|
|   | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Stamford, CT, on this date, addressed as follows: |   |
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically to the following: |   |
| Debbie P. Kirkpatrick<br>Damian P. Richard<br>SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108<br>dkirkpatrick@sessions-law.biz<br>drichard@sessions-law.biz | Attorneys for Defendant<br><br>TRANSWORLD SYSTEMS, INC. |   |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 19, 2014

By: _/s/Deborah M. Perlstein_
     Deborah M. Perlstein

---

STIPULATION OF DISMISSAL; ORDER                                    Case No. 3:13-cv-04733-VC